**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROSALES, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HART GROUP, LLC,<br><br>Defendant. | Case No.: 2:20-cv-00125-KJM-CKD<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS CLAIMS [Fed. R. Civ. Proc. 41]** |

Plaintiff Aaron Rosales ("Plaintiff") and Defendant The Hart Group, LLC. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby STIPULATE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's complaint shall be dismissed in its entirety and with prejudice with respect to the claims by Plaintiff individually against Defendant, and without prejudice as to the claims by the putative, uncertified class alleged by Plaintiff, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated:  February 25, 2021                    *s/ Kas L. Gallucci*

By: Kas L. Gallucci
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff
and the Proposed Class*

Dated:  February 25, 2021                    *s/ Brendan J. Begley*

By: Brendan J. Begley
**WEINTRAUB TOBIN**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
Attorneys for Defendant

## **CERTIFICATION OF APPROVAL OF CONTENT**

    I, Kas Gallucci, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for his electronic signature.

Dated: February 25, 2021      **LAW OFFICES OF RONALD A. MARRON**

                                      By: */s/ Kas L. Gallucci*

                                      KAS L. GALLUCCI

                                      *Attorneys for Plaintiff*